1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT

8      NORTHERN DISTRICT OF CALIFORNIA

9      SAN FRANCISCO DIVISION

10

| | |
|---|---|
| JANE DOE, an individual; | Case No. 3:23-cv-00908-AMO |
| Plaintiff | [~~PROPOSED~~] ORDER |
| v. | Complaint Filed: February 28, 2023<br>Trial Date: None set<br>Judge: Hon. Araceli Martinez-Olguin<br>Courtroom:  8 |
| CITY OF UKIAH, a government entity, UKIAH POLICE DEPARTMENT, a government entity, and NOBLE WAIDELICH, an individual; | |
| Defendant. | |

11

12

13

14

15

16

17

18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

**[~~PROPOSED~~] ORDER**

2

3

4

        The Court has now considered Plaintiff JANE DOE's Motion to Remove
Incorrectly Filed Document, Docket No. 41. Having considered the moving papers before
it and finding good cause.

5

6

        The Court hereby grants the Motion and orders that Docket No. 41 be removed
from the docket for this matter.

7

8

**IT IS SO ORDERED.**

9

10

DATED: November 15, 2023

11

12

_____

13

**HON. ARACELI MARTINEZ-OLGUIN**
**UNITED STATES DISTRICT JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**