JOHNSTON & HUTCHINSON LLP
350 South Grand Ave., Ste. 2220
Los Angeles, CA 90071
Telephone: (213) 542-1978
Facsimile: (213) 542-1977
Thomas J. Johnston, Esq. SBN: 210506
*tjj@johnstonhutchinson.com*
Nicholas M. Hutchinson, Esq. SBN: 221870
*nmh@johnstonhutchinson.com*
Lauren Bullock, Esq. SBN: 136867
*lb@johnstonhutchinson.com*

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, an individual;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF UKIAH, a government entity; UKIAH POLICE DEPARTMENT, a government entity; and NOBLE WAIDELICH, an individual;<br><br>　　　　　Defendants. | Case No. 3:23-cv-00908-AMO<br><br>**JOINT STATUS REPORT RE: MEDIATION OUTCOME**<br><br>Complaint Filed: February 28, 2023<br>Trial Date: May 5, 2026<br>Judge: Hon. Araceli Martinez-Olguin<br>Courtroom: 8 |

Plaintiff JANE DOE, Defendant CITY OF UKIAH, and Defendant NOBLE WAIDELICH (hereinafter "the Parties") hereby submit this Joint Status Report regarding the outcome of mediation.

///

1

The Parties attended private mediation with Judge Maria-Elena James (Ret.) on May 28, 2025. At mediation, settlement was reached by the Parties which is contingent upon City of Ukiah Board approval. The board meeting is scheduled for June 16, 2025.

Once the settlement is approved, the Parties will submit a stipulation of dismissal pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: June 3, 2025                    JOHNSTON & HUTCHINSON LLP

By: /s/ Lauren Bullock
THOMAS J. JOHNSTON
NICHOLAS M. HUTCHINSON
LAUREN BULLOCK
Attorneys for Plaintiff JANE DOE

Dated: June 2, 2025                    CASTILLO, MORIARTY, ROBINSON, LLP

By: /s/ Patrick Moriarty (with permission)
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendant CITY OF UKIAH

Dated: June 2, 2025                    COLLINS + COLLINS LLP

By: /s/ Trevor McCann (with permission)
MEGAN K. LIEBER
TREVOR MCCANN
Attorneys for Defendant NOBLE WAIDELICH