JOHNSTON & HUTCHINSON LLP
350 South Grand Ave., Ste. 2220
Los Angeles, CA  90071
Telephone: (213) 542-1978
Facsimile: (213) 542-1977
Thomas J. Johnston, Esq. SBN: 210506
*tjj@johnstonhutchinson.com*
Nicholas M. Hutchinson, Esq. SBN: 221870
*nmh@johnstonhutchinson.com*
Lauren Bullock, Esq. SBN: 136867
*lb@johnstonhutchinson.com*

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, an individual; | Case No. 3:23-cv-00908-AMO |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| v. | Complaint Filed: February 28, 2023<br>Trial Date: May 5, 2026<br>Judge: Hon. Araceli Martinez-Olguin<br>Courtroom: 8 |
| CITY OF UKIAH, a government entity; UKIAH POLICE DEPARTMENT, a government entity; and NOBLE WAIDELICH, an individual; | |
| Defendants. | |

    Plaintiff JANE DOE, Defendant CITY OF UKIAH, and Defendant NOBLE WAIDELICH (hereinafter "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

///

IT IS HEREBY STIPULATED AND AGREED by Plaintiff JANE DOE, Defendant CITY OF UKIAH, and Defendant NOBLE WAIDELICH, by and through their attorneys of record, that the above-referenced action be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

Each party shall bear their own fees and costs of suit.

**IT IS SO STIPULATED.**

Dated: July 9, 2025                                JOHNSTON & HUTCHINSON LLP

By: /s/ Nicholas M. Hutchinson
THOMAS J. JOHNSTON
NICHOLAS M. HUTCHINSON
LAUREN BULLOCK
Attorneys for Plaintiff JANE DOE

Dated: July 9, 2025                                CASTILLO, MORIARTY, ROBINSON, LLP

By: /s/ Patrick Moriarty (with permission)
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendant CITY OF UKIAH

Dated: July 9, 2025                                COLLINS + COLLINS LLP

By: /s/ Megan K. Lieber (with permission)
MEGAN K. LIEBER
TREVOR MCCANN
Attorneys for Defendant NOBLE WAIDELICH